908

No. 11–9707. CARR v. CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 11–9710. BARRETO v. LATTIMORE, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 11–9720. WILLIAMS v. WETZEL, SECRETARY, PENNSYLVANIA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 3d Cir. Certiorari denied.

No. 11–9725. BUTLER v. ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 11–9728. TAYLOR v. WOLFENBARGER, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 11–9729. VAUGHN v. ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 11–9734. STARR v. THALER, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Certiorari denied.

No. 11–9735. RICHARDS v. NASSAU COUNTY, NEW YORK. C. A. 2d Cir. Certiorari denied.

No. 11–9737. MEDLEY v. PRIMEFORECLOSURES.COM ET AL. Ct. App. Ariz. Certiorari denied.

No. 11–9741. MCCLURE v. THALER, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Certiorari denied.

No. 11–9746. MICHAEL v. WETZEL, SECRETARY, PENNSYLVANIA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 3d Cir. Certiorari denied.

No. 11–9748. JONES v. IGBINOSA ET AL. C. A. 9th Cir. Certiorari denied.

No. 11–9750. KERN v. WOODS ET AL. C. A. 6th Cir. Certiorari denied.

No. 11–9759. VARNER v. SISTO, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.